UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GENERAL MOTORS CORPORATION** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 07-5311** |
| | * | |
| **HERZOG'S AUTOMOTIVE PARTS, L.L.C., ET AL.** | * | **SECTION "L"(3)** |

## ORDER

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed and a copy be delivered to chambers eight days prior to the date set for hearing on the motion. No memorandum in opposition to General Motors Corporation's Motion for Summary Judgment (Rec. Doc. No. 26), set for hearing on September 10, 2008, has been timely submitted by the Defendant Herzog's Automotive Parts, L.L.C., et al. The Court's staff contacted the Defendant and the Defendant filed a Motion for Extension of Time to File. The Court granted this Motion (Rec. Doc. No. 28) and provided the Defendant until September 24, 2008 to file a response. To date, no memorandum in opposition to General Motor Corporation's Motion for Summary Judgment has been submitted.

Accordingly, this motion is deemed to be unopposed, and furthermore, it appearing to the Court that the motion is grounded in law and fact, IT IS ORDERED that General Motors Corporation's Motion for Summary Judgment is GRANTED with prejudice. The Plaintiff is directed to submit a proposed judgment to the Court.

New Orleans, Louisiana, this 6th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE